Marc X. Carlos, Esq.
California SBN: 132987
**MARC CARLOS LAW**, **APC**
424 "F" Street, Suite 205
San Diego, CA 92101
Telephone: (619) 702-3226
marc@marccarloslaw.com

Attorney for Defendant
RAUL KUILON

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# (HONORABLE DANA M. SABRAW)

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RAUL KUILON, <br><br> Defendant. | CASE NO.: 25CR2968-DMS <br><br> DATE: AUGUST 22, 2025 <br> TIME: 11:00 A.M. <br><br> **NOTICE OF MOTION AND MOTIONS:** <br><br> 1. TO COMPEL DISCOVERY; <br> 2. PRESERVE EVIDENCE; AND <br> 3. LEAVE TO FILE ADDITIONAL MOTIONS |

TO: **ADAM GORDON, UNITED STATES ATTORNEY FOR THE SOUTHERN DISTRICT OF CALIFORNIA, AND EVANGELINE ATHENA DECH, ASSISTANT UNITED STATES ATTORNEY:**

PLEASE TAKE NOTICE that on the date and time indicated above, or as soon thereafter as counsel may be heard, the defendant, RAUL KUILON, through his attorney Marc X. Carlos, will bring the below listed motions.

///

///

///

## MOTIONS

The defendant, RAUL KUILON, through his counsel, Marc X. Carlos, hereby moves this Court to:

    1) COMPEL DISCOVERY;

    2) PRESERVE EVIDENCE; AND

    3) GRANT LEAVE TO FILE ADDITIONAL MOTIONS.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and the memorandum of points and authorities, the records in the above-entitled cause, and any and all further matters that may be brought to the Court's attention in the hearing on these motions.

                              Respectfully submitted,

Dated:  August 15, 2025             /s/ *Marc X. Carlos*
                                           MARC X. CARLOS

                                           Attorney for Defendant
                                           RAUL KUILON